# United States Bankruptcy Court
## Southern District of Ohio

In re  **Daniel A. Rosen**
**Nancy L Rosen**
Debtor(s)

Case No. **2:14-bk-53998**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:　　　**xxx-xx-6413**

Joint Debtor's Social Security Number:　　　**xxx-xx-9461**

**Our Former Mailing Address was:**

Name:　　　**Daniel A. Rosen and Nancy L Rosen**

Street:　　　**P. O. Box 9647**

City, State and Zip:　　　**Columbus, OH 43209**

**Please be advised that effective May 19, 2015,
our new mailing address is:**

Name:　　　**Daniel A. Rosen and Nancy L Rosen**

Street:　　　**4290 East Walnut Street**

City, State and Zip:　　　**Westerville, OH  43081**

　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Daniel A. Rosen**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Daniel A. Rosen**
　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Nancy L Rosen**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Nancy L Rosen**
　　　　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor