**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 2:14-bk-53998 |
| Daniel A. Rosen } | |
| Nancy L Rosen } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

Debtor's Social Security Number:            xxx-xx-6413
Joint Debtor's Social Security Number:     xxx-xx-9461

Our Former Mailing Address was:

Name:            Daniel A. Rosen and Nancy L Rosen

Street:           P. O. Box 9647

City,State,Zip:  Columbus, OH 43209

**Please be advised that effective November 14, 2017, our new mailing address is:**

Name:            **Daniel A. Rosen and Nancy L. Rosen**

Street:           **610 Brookside Drive**

City,State,Zip:  **Columbus, OH 43209**


/s/ Daniel A. Rosen
Daniel A. Rosen, Debtor


/s/ Nancy L. Rosen
Nancy L. Rosen, Joint Debtor